IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAELL PINO VILLANUEVA**<br><br>v.<br><br>**JL JAMISON,** *et al.* | **CIVIL ACTION**<br><br>**No. 26-2745** |

## ORDER

**AND NOW**, this 30th day of April, 2026, upon consideration of the petition for a writ of habeas corpus, and the answer and response thereto, it is hereby **ORDERED** as follows:

1. The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Respondents shall **IMMEDIATELY RELEASE** Pino Villanueva from custody and certify compliance with this Order by a filing on the docket on May 1, 2026, regarding Pino Villanueva's custody status. Respondents shall return to Pino Villanueva immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3. Respondents are **ENJOINED** for a period of seven days following Pino Villanueva's release from custody pursuant to this order from detaining Pino Villanueva based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

---

[1] Pino Villanueva is not subject to mandatory detention under 8 U.S.C. § 1225. If Pino Villanueva is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

4.   If the government seeks to detain Pino Villanueva after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Pino Villanueva's remedy will recur.

BY THE COURT:

/s/ Catherine Henry

CATHERINE HENRY,  J.